NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.A.Kenney@ssa.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NAOMI R. MILLER CAMPBELL, | ) | Case No. 2:18-cv-00442-JC |
| | ) | |
| Plaintiff, | ) | JUDGMENT OF REMAND |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

    The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for

Plaintiff ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED**

**AND DECREED** that the above-captioned action is remanded to the

Commissioner of Social Security for further proceedings consistent with the

Stipulation to Remand.

Dated:      August 31, 2018

                                                        _____/s/_____
                                                        HON. JACQUELINE CHOOLJIAN
                                                        UNITED STATES MAGISTRATE JUDGE